UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE DEANGELO DARDEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:24-cv-00551-MTS |
| VALERIE HUHN, | ) ) ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Petitioner Dominique Deangelo Darden's Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases. Doc. [2]. After review of Petitioner's Motion, the Court will deny it without prejudice. Petitioner failed to complete the introductory paragraph and paragraph 3(b) of the Motion. The introductory paragraph asks Petitioner to briefly state the nature of his action and the issues. In failing to respond to this portion, Petitioner has failed to comply with 28 U.S.C. § 1915(a)(1), which requires that his affidavit "state the nature of the action." Paragraph 3(b) of the Motion, which Petitioner failed to complete, asks him to state the date of his last employment and the amount of his salary and wages per month that he received.

The Court will provide Petitioner thirty days by which to pay the $5 filing fee or to carefully complete and file another Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases. The Court reminds Petitioner that the declarations made on the Motion are made under penalty of perjury. *See* 18 U.S.C. § 621 (providing penalties for perjury); *see also* Fed. R. Civ. P. 11(b)–(c) (allowing for sanctions for misrepresentations made to the court).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases, Doc. [2], is **DENIED**.  No later than **Thursday, September 19, 2024**, Petitioner must pay the $5 filing fee in its entirety or carefully complete and file another Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases.

**Petitioner's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.**

Dated this 20th day of August 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE