# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE DEANGELO DARDEN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-00551-MTS |
| VALERIE HUHN, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the Court upon its own motion. On September 3, 2024, the United States Postal Service returned mail to the Court that the Court had sent to Plaintiff regarding this matter. It provided no forwarding address. Local Rule 2.06(B) provides:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D. Mo. L.R. 2.06(B). As a result, the Court will dismiss this action without prejudice pursuant to Local Rule 2.06(B). An Order of Dismissal will accompany this Memorandum Opinion.

Dated this 8th day of October 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE